MARK E. FERRARIO (Bar No. 1625)
ferrariom@gtlaw.com
JACOB D. BUNDICK (Bar No. 9772)
bundickj@gtlaw.com
JENNIFER L. GRAY (*Admitted Pro Hac Vice*)
grayjen@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002

*Counsel for Defendants Green Tree
Servicing, LLC and Fannie Mae*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE ITS REPLY TO:**<br><br>**(1) ECF NO. 28: PLAINTIFF'S RESPONSE TO DEFENDANT FANNIE MAE'S MOTION TO DISSOLVE INJUNCTION [ECF NO. 20]; AND**<br><br>**(2) ECF NOS. 29 AND 30: PLAINTIFF'S RESPONSE TO: (1) DEFENDANTS GREEN TREE SERVICING, LLC AND FANNIE MAE'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF NO. 21]; AND DEFENDANTS GREEN TREE SERVICING, LLLC AND FANNIE MAE'S REQUEST FOR JUDICIAL NOTICE [ECF NO. 23]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Crystal Torno (a.k.a. Crystal Thomas-Bolduc), through her attorneys, Bailey Kennedy, and Defendants Green Tree Servicing, LLC and Federal National Mortgage Association (a/k/a Fannie Mae) ("Defendants"), through their attorneys, Greenberg Traurig, that Defendants shall have to and including December 10, 2015 to file their reply to:

1

*LV 420582071v1*

(1) ECF No. 28: Plaintiff's Response to Defendant Fannie Mae's Motion to Dissolve Injunction [ECF No. 20]; and

(2) ECF Nos. 29 and 30: Plaintiff's Response To: (1) Defendants Green Tree Servicing, LLC and Fannie Mae's Motion For Judgment On The Pleadings [ECF No. 21]; and Defendants Green Tree Servicing, LLC and Fannie Mae's Request For Judicial Notice [ECF No. 23].

Dated this 2nd day of December, 2015.

| GREENBERG TRAURIG | BAILEY KENNEDY |
|---|---|
| */s/ Jacob D. Bundick* | */s/ Paul C. Williams* |
| MARK E. FERRARIO (Bar No. 1625) | DENNIS L. KENNEDY (Bar No.1462) |
| ferrariom@gtlaw.com | DKennedy@BaileyKennedy.com |
| JACOB D. BUNDICK (Bar No. 9772) | JOSHUA M. DICKEY, (Bar No. 6621) |
| bundickj@gtlaw.com | JDickey@BaileyKennedy.com |
| GREENBERG TRAURIG, LLP | PAUL C. WILLIAMS, (Bar No. 12524) |
| 3773 Howard Hughes Parkway | PWilliams@BaileyKennedy.com |
| Suite 400 North | 8984 Spanish Ridge A venue |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89148-1302 |
| Telephone: (702) 792-3773 | Telephone Number: (702) 562-8820 |
| Facsimile: (702) 792-9002 | Fax Number: (702) 562-8821 |
| Counsel for Defendants Green Tree Servicing, LLC and Fannie Mae | Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 3, 2015.

Submitted by:

GREENBERG TRAURIG

*/s/ Jacob D. Bundick*
MARK E. FERRARIO (Bar No. 1625)
ferrariom@gtlaw.com
JACOB D. BUNDICK (Bar No. 9772)
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Counsel for Defendants Green Tree Servicing, LLC and Fannie Mae

*LV 420582071v1*