DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
AMANDA L. STEVENS
Nevada Bar No. 13966
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
AStevens@BaileyKennedy.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF CRYSTAL TORNO TO FILE HER RESPONSE TO DEFENDANTS FANNIE MAE AND GREEN TREE SERVICING, LLC'S MOTION TO STAY DISCOVERY [ECF NO. 33]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree"), Defendant Federal National Mortgage Association ("Fannie Mae"), and Defendant National Default Servicing Corporation ("National Default") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On December 4, 2015, Fannie Mae and Green Tree filed their Motion to Stay Discovery (the "Motion to Stay").  (ECF No. 33.)  On December 4, 2015, Ms. Torno filed her Notice of Intent to File Opposition to the Motion to Stay.  (ECF No. 34.)

2. On December 15, 2015, this Court held a Status/Dispute Resolution Conference and set a hearing on the Motion to Stay for January 12, 2016, at 10:00 a.m. (*See* ECF No. 42.)

3. Ms. Torno's Response to the Motion to Stay is currently due on December 21, 2015.

4. The Parties hereby stipulate to extend the time allowed for Ms. Torno to file her response to the Motion to Stay by three days—from December 21, 2015, to December 24, 2015. The reason for this request is to accommodate the schedules of Ms. Torno's counsel.

5. Fannie Mae and Green Tree's reply brief will be due within seven days after the Plaintiff's Response is served, pursuant to LR 7-2(e), on or before January 6, 2016.

DATED this 18th day of December, 2015.

| | |
|---|---|
| BAILEY❖KENNEDY | GREENBERG TRAURIG, LLP |
| By: /s/ Paul C. Williams<br>　DENNIS L. KENNEDY<br>　JOSHUA M. DICKEY<br>　PAUL C. WILLIAMS<br>　AMANDA L. STEVENS<br><br>　GEORGE H. HAINES<br>　DAVID H. KRIEGER<br>　HAINES & KRIEGER<br>　8985 South Eastern Avenue, Suite 130<br>　Las Vegas, Nevada 89123<br>　Phone: (702) 880-5554<br>　Fax: (702) 385-5518<br>　GHaines@hainesandkrieger.com<br>　DKrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | By: /s/ Jacob D. Bundick<br>　MARK E. FERRARIO, ESQ.<br>　JACOB D. BUNDICK, ESQ.<br>　JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)<br>　3773 Howard Hughes Parkway<br>　Suite 400 North<br>　Las Vegas, NV 89169<br>　Phone: (702) 792-3773<br>　Facsimile: (702) 792-9002<br>　ferrariom@gtlaw.com<br>　bundickj@gtlaw.com<br>　grayjen@gtlaw.com<br>*Attorneys for Defendants*<br>GREEN TREE SERVICING LLC and FANNIE MAE |

TIFFANY & BOSCO, P.A.

By: /s/ Kevin Soderstrom
　GREGORY L. WILDE, ESQ.
　KEVIN SODERSTROM, ESQ.,
　MATTHEW D. DAYTON, ESQ.
　212 South Jones Blvd.
　Las Vegas, NV 89107
　Phone: (702) 258-8200
　Facsimile: (702) 258-8787
　efilenv@tblaw.com
　kss@tblaw.com
　md@tblaw.com
*Attorneys for Defendant*
NATIONAL DEFAULT SERVICING CORPORATION

**ORDER**

IT IS SO ORDERED:

The deadline for Ms. Torno to file her response to the Motion to Stay is hereby extended from December 21, 2015 to December 24, 2015. The deadline for Fannie Mae and Green Tree to file a reply brief is January 6, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 22, 2015

Respectfully Submitted by:

BAILEY✧KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    AMANDA L. STEVENS

    HAINES & KRIEGER
    GEORGE H. HAINES
    DAVID H. KRIEGER
*Attorneys for Plaintiffs*