UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRYSTAL TORNO,<br><br>                              Plaintiff,<br>v.<br><br>GREEN TREE SERVICING, LLC, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #19) filed October 27, 2016, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 8, 2016. Defendants filed a Motion for Judgment on the Pleadings (Dkt. #21) November 6, 2015, which the District Judge denied in a hearing on April 20, 2016. *See* Minutes of Proceedings (Dkt. #57). However, Defendants' motion was a stay was granted January 12, 2016 pending a decision, and the parties have not submitted a discovery plan and scheduling order to prepare this case for trial. Accordingly,

**IT IS ORDERED:**

1. The stay of proceedings entered January 12, 2016 is lifted;
2. Counsel for the parties shall immediately meet and confer to discuss a case management plan to bring this case expeditiously to trial;
3. A status and scheduling hearing is set for **June 30, 2016 at 10:30 a.m.**

DATED this 15th day of June, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE