DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
AMANDA L. STEVENS
Nevada Bar No. 13966
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
AStevens@BaileyKennedy.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff Crystal Torno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF CRYSTAL TORNO TO FILE HER REPLY IN SUPPORT OF JOINT STATUS REPORT/MOTION TO COMPEL**<br>**[ECF NOS. 38, 62]**<br><br>**(FIRST REQUEST)** |

     Pursuant to Local Rule IA 6-1, Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree"), Defendant Federal National Mortgage Association ("Fannie Mae"), and Defendant National Default Servicing Corporation ("National Default") (collectively, the "Parties") hereby stipulate and agree as follows:

     1.    On December 11, 2015, Ms. Torno and National Default filed a Joint Status Report for Status/Dispute Resolution Conference (ECF No. 38) ("Joint Status Report").

Page 1 of 3

2. On January 12, 2016, this Court held a hearing on Fannie Mae and Green Tree's Motion to Stay Discovery and granted the motion—staying discovery pending resolution of Fannie Mae and Green Tree's Motion for Judgment on the Pleadings (the "Motion for Judgment on the Pleadings"). (*See* ECF No. 49.)

3. On June 15, 2016, this Court entered an order lifting the stay of discovery as the Motion for Judgment on the Pleadings had been denied. (ECF No. 59.)

4. On June 30, 2016, this Court held a Status Conference regarding the Parties' proposed discovery plans. (*See* ECF No. 62.)

5. At the June 30, 2016 Status Conference, this Court Ordered that it would treat the Joint Status Report as a Motion to Compel, gave Defendants 14 days to file a supplemental briefs, and gave Ms. Torno 7 days thereafter to file a reply to the supplemental briefs. (*See* ECF No. 62.)

6. On July 14, 2016, Defendants filed their supplemental briefs on July 14, 2016. (*See* ECF Nos. 64, 65.)

7. Ms. Torno's reply to the supplemental briefs is currently due on July 21, 2016.

8. The Parties hereby stipulate to extend the time allowed for Ms. Torno to file her reply to the supplemental briefs by one day—from July 21, 2016, to July 22, 2016. The reason for this request is to accommodate the schedules of Ms. Torno's counsel.

DATED this 20th day of July, 2016.

TIFFANY & BOSCO, P.A.

By: /s/ Kevin Soderstrom
    GREGORY L. WILDE, ESQ.
    KEVIN SODERSTROM, ESQ.,
    MATTHEW D. DAYTON, ESQ.
    212 South Jones Blvd.
    Las Vegas, NV 89107
    Phone: (702) 258-8200
    Facsimile: (702) 258-8787
    efilenv@tblaw.com
    kss@tblaw.com
    md@tblaw.com
*Attorneys for Defendant National Default Servicing Corporation*

GREENBERG TRAURIG, LLP

By: /s/ Jennifer L. Gray
    MARK E. FERRARIO, ESQ.
    JACOB D. BUNDICK, ESQ.
    JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, NV 89169
    Phone: (702) 792-3773
    Facsimile: (702) 792-9002
    ferrariom@gtlaw.com
    bundickj@gtlaw.com
    grayjen@gtlaw.com
*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1  BAILEY✦KENNEDY

2  By: /s/ Paul C. Williams
      DENNIS L. KENNEDY
3     JOSHUA M. DICKEY
      PAUL C. WILLIAMS
4     AMANDA L. STEVENS

5     GEORGE H. HAINES
      DAVID H. KRIEGER
6     HAINES & KRIEGER
      8985 South Eastern Avenue, Suite 130
7     Las Vegas, Nevada 89123
      Phone: (702) 880-5554
8     Fax: (702) 385-5518
      GHaines@hainesandkrieger.com
9     DKrieger@hainesandkrieger.com
   *Attorneys for Plaintiff Crystal Torno*

## ORDER

IT IS SO ORDERED:

The deadline for Ms. Torno to file her reply to the supplemental briefs is hereby extended from July 21, 2016 to July 22, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2016

Respectfully Submitted by:

BAILEY✦KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    AMANDA L. STEVENS

    HAINES & KRIEGER
    GEORGE H. HAINES
    DAVID H. KRIEGER
*Attorneys for Plaintiffs Crystal Torno*