DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
AMANDA L. STEVENS
Nevada Bar No. 13966
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
AStevens@BaileyKennedy.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff Crystal Torno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER:**<br><br>**1. EXTENDING TIME FOR DEFENDANT GREEN TREE SERVICING, LLC TO PROVIDE COMPELLED DOCUMENTS [ECF NO. 69];**<br><br>**2. EXTENDING TIME FOR PLAINTIFF CRYSTAL TORNO TO FILE HER RESPONSE TO MOTION TO STRIKE [ECF NOS. 70, 71]**<br><br>**3. TO RESCHEDULE STATUS CHECK [ECF NO. 69]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree"), Defendant Federal National Mortgage Association ("Fannie Mae"), and Defendant National Default Servicing Corporation ("National Default") (collectively, the "Parties") hereby stipulate and agree as follows:

Page 1 of 4

1.      On July 28, 2016, the Court (Magistrate Judge Peggy A. Leen) granted Ms. Torno's Motion to Compel (ECF No. 38) in part, compelling Green Tree to respond to Ms. Torno's Requests for Production Nos. 12, 13 and 14 with respect to Ms. Torno's own loan file and requiring Green Tree to produce fifty (50) "random loan files available in which Green Tree was the servicer of the note, executed the affidavit of authority, and attached the [affidavit of authority] identifying Green Tree as the beneficiary," (the "Compelled Documents").  (ECF No. 69.)

2.      The Court ordered Green Tree to produce the Compelled Documents within thirty (30) days of the Court's Order—by August 29, 2016.[1]

3.      The Court also set a Status Conference for October 18, 2016, at 9:00 a.m.

4.      On August 22, 2016, the Parties agreed to a random sampling methodology to identify the fifty (50) random loan files.

5.      Subsequently, the Parties informally agreed to extend Green Tree's deadline to provide the Compelled Documents to September 16, 2016.

6.      On September 15, 2016, Defendants Green Tree and Fannie Mae filed a Motion to Strike Class Allegations (the "Motion to Strike").  (ECF No. 70.)

7.      On September 16, 2016, National Default joined in the Motion to Strike.  (ECF No. 71.)

8.      Subsequently, Green Tree again requested the deadline to provide the Compelled Documents.

9.      Accordingly, the Parties hereby stipulate to:

    a.    Extend the deadline for Green Tree to produce the Compelled Documents to September 30, 2016;

    b.    Extend Ms. Torno's deadline to file a response to the Motion to Strike from October 2, 2016 to October 21, 2016; and

---

[1] Thirty (30) days after the Court's Order fell on August 27, 2016, a Saturday.  Accordingly, the deadline was moved to the next judicial day, August 29, 2016.  *See* Fed. R. Civ. P. 6(a)(1)(c).

   c. Reschedule the status conference set for October 18, 2016, at 9:00 a.m. to a date and time in or around November 2016.

10. The reason for this request is to provide Green Tree more time to produce the Compelled Documents, and to provide Ms. Torno more time in which to review the Compelled Documents and respond to the Motion to Strike.

| | |
|---|---|
| DATED this 26th day of September, 2016. | DATED this 26th day of September, 2016. |
| TIFFANY & BOSCO, P.A. | GREENBERG TRAURIG, LLP |
| By: /s/ Kevin Soderstrom | By: /s/ Michael R. Hogue |
|  GREGORY L. WILDE, BAR NO. 4417<br> KEVIN SODERSTROM, BAR NO. 10035<br> MATTHEW D. DAYTON, BAR NO. 11552<br> 212 South Jones Blvd.<br> Las Vegas, NV 89107<br> Phone: (702) 258-8200<br> Facsimile: (702) 258-8787<br> efilenv@tblaw.com<br> kss@tblaw.com<br> md@tblaw.com<br>*Attorneys for Defendant National Default Servicing Corporation* |  MARK E. FERRARIO, BAR NO. 1625<br> JACOB D. BUNDICK, BAR NO. 9772<br> MICHAEL R. HOGUE, BAR NO. 12400<br> JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)<br> 3773 Howard Hughes Parkway<br> Suite 400 North<br> Las Vegas, NV 89169<br> Phone: (702) 792-3773<br> Facsimile: (702) 792-9002<br> ferrariom@gtlaw.com<br> bundickj@gtlaw.com<br> grayjen@gtlaw.com<br>*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association* |

DATED this 26th day of September, 2016.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
 DENNIS L. KENNEDY
 JOSHUA M. DICKEY
 PAUL C. WILLIAMS
 AMANDA L. STEVENS

 GEORGE H. HAINES
 DAVID H. KRIEGER
 HAINES & KRIEGER
 8985 South Eastern Avenue, Suite 130
 Las Vegas, Nevada 89123
 Phone: (702) 880-5554
 Fax: (702) 385-5518
 GHaines@hainesandkrieger.com
 DKrieger@hainesandkrieger.com
*Attorneys for Plaintiff Crystal Torno*

## **ORDER**

IT IS SO ORDERED:

Green Tree's deadline to provide the Compelled Documents is hereby extended to September 30, 2016. Ms. Torno's deadline to file a response to the Motion to Strike is hereby extended from October 2, 2016 to October 21, 2016.

The status conference set for October 18, 2016, 9:00 a.m. is hereby RESET to November 17, 2016, at 10:00 a.m., in LV Courtroom 3B before Magistrate Judge Peggy A. Leen.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2016

Respectfully Submitted by:

BAILEY✧KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    AMANDA L. STEVENS

    HAINES & KRIEGER
    GEORGE H. HAINES
    DAVID H. KRIEGER
*Attorneys for Plaintiff Crystal Torno*