## **INDEX OF EXHIBITS**

| Exhibit # | Title | Date |
|---|---|---|
| 1 | [Proposed] Third Amended Complaint | |
| 2 | Email from Michael Hogue, Esq., October 21, 2016 to Paul C. Williams, Esq. | October 21, 2016 |
| 3 | Declaration of Paul C. Williams, Esq. | October 21, 2016 |