MARK E. FERRARIO (Bar No. 1625)
ferrariom@gtlaw.com
JACOB D. BUNDICK (Bar No. 9772)
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Defendants Green Tree
Servicing, LLC and Fannie Mae*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE THE CLASS ALLEGATIONS AND RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| CRYSTAL TORNO (a.k.a. Crystal Thomas-Bolduc), an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, a Nevada Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION (a/k/a Fannie Mae), a United States Government-Sponsored Enterprise,<br><br>Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE THE CLASS ALLEGATIONS AND RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Crystal Torno (a.k.a. Crystal Thomas-Bolduc), through her attorneys, Bailey Kennedy, and Defendants Green Tree Servicing, LLC and Federal National Mortgage Association (a/k/a Fannie Mae) ("Defendants"), through their attorneys, Greenberg Traurig, LLP that Defendants shall have to and including Monday, November 21, 2016 to file their reply to Plaintiff's Opposition to Motion to Strike the Class Allegations and Respond to Plaintiff's Motion for Leave to File Third Amended Complaint. Additionally, Plaintiff's Reply to her Motion for Leave to File Third Amended Complaint shall be extended to December 9, 2016.

IT IS FURTHER STIPULATED AND AGREED that the hearing date currently scheduled for 2:00 p.m. on November 29, 2016 is to be reset to another date on or after December 16, 2016.

Dated this 14th day of November, 2016.

| GREENBERG TRAURIG | BAILEY KENNEDY |
|---|---|
| */s/Jacob D. Bundick* | */s/Paul C. Williams* |
| MARK E. FERRARIO (Bar No. 1625) | DENNIS L. KENNEDY (Bar No.1462) |
| ferrariom@gtlaw.com | DKennedy@BaileyKennedy.com |
| JACOB D. BUNDICK (Bar No. 9772) | JOSHUA M. DICKEY, (Bar No. 6621) |
| bundickj@gtlaw.com | JDickey@BaileyKennedy.com |
| GREENBERG TRAURIG, LLP | PAUL C. WILLIAMS, (Bar No. 12524) |
| 3773 Howard Hughes Parkway | PWilliams@BaileyKennedy.com |
| Suite 400 North | 8984 Spanish Ridge Avenue |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89148-1302 |
| Telephone: (702) 792-3773 | Telephone Number: (702) 562-8820 |
| Facsimile: (702) 792-9002 | Fax Number: (702) 562-8821 |
| Counsel for Defendants Green Tree Servicing, LLC and Fannie Mae | Attorneys for Plaintiff |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# **O R D E R**

IT IS HEREBY ORDERED that Defendants' have to and including November 21, 2016 to Reply to Plaintiff's Opposition to Motion to Strike the Class Allegations and Respond to Plaintiff's Motion for Leave to File Third Amended Complaint.  Additionally, Plaintiff's Reply to their Motion for Leave to File Third Amended Complaint shall be extended to December 9, 2016; and

IT IS FURTHER ORDERED that the hearing scheduled for 2:00 p.m. on November 29, 2016 regarding Defendants' Motion to Strike the Class Allegations and Plaintiff's Motion for Leave to File Third Amended Complaint are HEREBY RESCHEDULED to ____:____ a.m./p.m. on _____, 2016.

Dated this ____ day of _____, 2016.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

GREENBERG TRAURIG

*/s/Jacob D. Bundick*
MARK E. FERRARIO (Bar No. 1625)
JACOB D. BUNDICK (Bar No. 9772)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Counsel for Defendants Green Tree Servicing, LLC and Fannie Mae

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b)(2)(D) and E.D.C.R. 8.05, I hereby certify that on the 14th day of November 2016, service of the foregoing **STIPULATION AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE THE CLASS ALLEGATIONS AND RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** was made via the Court's Wiznet E-Filing System through E-Service on:

**Bailey Kennedy**

| Contact | Email |
| --- | --- |
| Bailey Kennedy | bkfederaldownloads@baileykennedy.com |
| Dennis L. Kennedy | dkennedy@baileykennedy.com |
| Joshua Dickey | jdickey@baileykennedy.com |
| Karen Rodman | KRodman@baileykennedy.com |
| Paul C. Williams | pwilliams@baileykennedy.com |
| Sharon Murnane | smurnane@baileykennedy.com |
| Susan Russo | srusso@baileykennedy.com |

**Brooks Hubley, LLP**

| Contact | Email |
| --- | --- |
| Gregg Hubley | ghubley@brookshubley.com |
| Michael R. Brooks, Esq. | mbrooks@brookshubley.com |

**Haines & Krieger, LLC**

| Contact | Email |
| --- | --- |
| David Krieger | wiznet@hainesandkrieger.com |

**Tiffany & Bosco, P.A.**

| Contact | Email |
| --- | --- |
| Gregory L. Wilde | efilenv@tblaw.com |
| Gregory L. Wilde, Esq. | glw@tblaw.com |
| Matthew D. Dayton, Esq. | md@tblaw.com |

The date and time of the electronic proof of service is in place of the date and place of deposit in the U.S. Mail.

                                      */s/Sandy Jackson*
                              An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002