MARK E. FERRARIO (Bar No. 1625)
ferrariom@gtlaw.com
JACOB D. BUNDICK (Bar No. 9772)
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
*Counsel for Defendants Green Tree
Servicing, LLC and Fannie Mae*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SANCTIONS AGAINST GREEN TREE SERVICING, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(B)(2)(A)** |
| CRYSTAL TORNO (a.k.a. Crystal Thomas-Bolduc), an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, a Nevada Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION (a/k/a Fannie Mae), a United States Government-Sponsored Enterprise,<br><br>Defendants. | |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

**STIPULATION AND ORDER EXTENDING TIME TO FILE
OPPOSITION TO MOTION FOR SANCTIONS AGAINST GREEN TREE SERVICING,
LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(B)(2)(A)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Crystal Torno (a.k.a. Crystal Thomas-Bolduc), through her attorneys, Bailey Kennedy, and Defendants Green Tree Servicing, LLC and Federal National Mortgage Association (a/k/a Fannie Mae) ("Defendants"), through their attorneys, Greenberg Traurig, LLP that Defendants shall have to and including Thursday, December 15, 2016 to file their Opposition to Motion for Sanctions Against Green Tree Servicing, LLC Pursuant to Federal Rule of Civil Procedure 37(B)(2)(A). Additionally, Plaintiff's deadline to file her Reply to her Motion for Sanctions Against Green Tree Servicing, LLC Pursuant to Federal Rule of Civil Procedure 37(B)(2)(A) shall be extended to Friday, December 30, 2016.

Dated this 29th day of November, 2016.

GREENBERG TRAURIG                    BAILEY KENNEDY

/s/Jacob D. Bundick                  /s/Paul C. Williams
MARK E. FERRARIO (Bar No. 1625)      DENNIS L. KENNEDY (Bar No.1462)
ferrariom@gtlaw.com                  DKennedy@BaileyKennedy.com
JACOB D. BUNDICK (Bar No. 9772)      JOSHUA M. DICKEY, (Bar No. 6621)
bundickj@gtlaw.com                   JDickey@BaileyKennedy.com
GREENBERG TRAURIG, LLP               PAUL C. WILLIAMS, (Bar No. 12524)
3773 Howard Hughes Parkway           PWilliams@BaileyKennedy.com
Suite 400 North                      8984 Spanish Ridge A venue
Las Vegas, Nevada 89169              Las Vegas, Nevada 89148-1302
Telephone:  (702) 792-3773           Telephone Number: (702) 562-8820
Facsimile:  (702) 792-9002           Fax Number: (702) 562-8821
Counsel for Defendants Green Tree    Attorneys for Plaintiff
Servicing, LLC and Fannie Mae

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

1

**O R D E R**

2          IT IS HEREBY ORDERED that Defendants shall have up to and including Thursday,

3   December 15, 2016 to file their Opposition to Motion for Sanctions Against Green Tree Servicing,

4   LLC pursuant to Federal Rule of Civil Procedure 37(B)(2)(A).  Additionally, Plaintiff's deadline to

5   file her Reply to her Motion for Sanctions Against Green Tree Servicing, LLC pursuant to Federal

6   Rule of Civil Procedure 37(B)(2)(A) shall be extended to Friday, December 30, 2016.

7          Dated this 1st day of December, 2016.

8

9                                              MAGISTRATE JUDGE

10   Respectfully submitted by:

11   GREENBERG TRAURIG

12

13   /s/Jacob D. Bundick
     MARK E. FERRARIO (Bar No. 1625)

14   JACOB D. BUNDICK (Bar No. 9772)
     GREENBERG TRAURIG, LLP

15   3773 Howard Hughes Parkway
     Suite 400 North

16   Las Vegas, Nevada 89169
     Counsel for Defendants Green Tree

17   Servicing, LLC and Fannie Mae

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b)(2)(D) and E.D.C.R. 8.05, I hereby certify that on the 29th day of November 2016, service of the foregoing **STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SANCTIONS AGAINST GREEN TREE SERVICING, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(B)(2)(A)** was made via the Court's Wiznet E-Filing System through E-Service on:

**Bailey Kennedy**

| Contact | Email |
|---|---|
| Bailey Kennedy | bkfederaldownloads@baileykennedy.com |
| Dennis L. Kennedy | dkennedy@baileykennedy.com |
| Joshua Dickey | jdickey@baileykennedy.com |
| Karen Rodman | KRodman@baileykennedy.com |
| Paul C. Williams | pwilliams@baileykennedy.com |
| Sharon Murnane | smurnane@baileykennedy.com |
| Susan Russo | srusso@baileykennedy.com |

**Brooks Hubley, LLP**

| Contact | Email |
|---|---|
| Gregg Hubley | ghubley@brookshubley.com |
| Michael R. Brooks, Esq. | mbrooks@brookshubley. com |

**Haines & Krieger, LLC**

| Contact | Email |
|---|---|
| David Krieger | wiznet@hainesandkrieger.com |

**Tiffany & Bosco, P.A.**

| Contact | Email |
|---|---|
| Gregory L. Wilde | efilenv@tblaw.com |
| Gregory L. Wilde, Esq. | glw@tblaw.com |
| Matthew D. Dayton, Esq. | md@tblaw.com |

The date and time of the electronic proof of service is in place of the date and place of deposit in the U.S. Mail.

_/s/Sandy Jackson_
An employee of Greenberg Traurig, LLP