UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRYSTAL TORNO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>GREEN TREE SERVICING, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 89) |

This matter is set for a hearing on January 10, 2017, on Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 74), and Plaintiff's Motion for Sanctions Regarding Discovery (ECF No. 78). On December 8, 2016, the parties filed a stipulation, which only recently came to the court's attention, to continue the briefing deadlines on these motions. In the meantime, the parties did not file their respective paperwork. Accordingly,

**IT IS ORDERED** that:

1. The Stipulation to Extend Time (ECF No. 89) is **GRANTED** to the extent that:

    a. Plaintiff shall have until **January 13, 2017**, to file her reply to the Motion for Leave to File Third Amended Complaint (ECF No. 74);

    b. Green Tree shall have until **January 13, 2017**, to file is response to the Motion for Sanctions Regarding Discovery (ECF No. 78); and Plaintiff shall have until **January 20, 2017**, to file her reply to the Motion for Sanctions Regarding Discovery (ECF No. 78).

/ / /

/ / /

/ / /

/ / /

1

2. The hearing on these Motions (ECF No. 74, 78) currently set for January 10, 2017, is **VACATED** and **CONTINUED** to **January 31, 2017, at 10:00 a.m.,** in Courtroom 3B.

DATED this 6th day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE