DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
AMANDA L. STEVENS
Nevada Bar No. 13966
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
AStevens@BaileyKennedy.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff Crystal Torno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER:**<br><br>**(1)  RESOLVING CRYSTAL TORNO'S MOTION FOR SANCTIONS [ECF NO. 78]; AND**<br><br>**(2) EXTENDING TIME FOR PLAINTIFF CRYSTAL TORNO TO FILE HER REPLY IN SUPPORT OF HER MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [ECF NO. 74] (FOURTH REQUEST).** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree"), Defendant Federal National Mortgage Association ("Fannie Mae"), and Defendant National Default Servicing Corporation ("National Default") (collectively, the "Parties"), through their counsel, as follows:

1. Whereas, at a July 28, 2016 status conference, the Court—treating Plaintiff's Status Report as a Motion to Compel—ordered Green Tree to "produce 50 random loan files" where Green Tree was the servicer of the note, where Green Tree executed the affidavit of authority, and where

1 the affidavit of authority identified Green Tree as the beneficiary" (the "Order Granting Motion to
2 Compel"). (ECF No. 69, Minutes of Proceedings, July 28, 2016 (emphasis added).)

3     2.    Whereas, the Parties agreed on a protocol for selecting the 50 random loan files and
4 Green Tree ultimately produced copies of the deed of trust, the assignment of the deed of trust to
5 Green Tree, and notice of default including the affidavit of authority for each of the 50 random loan
6 files.

7     3.    Whereas, a dispute arose between the Parties as to whether this production satisfied
8 the letter and intent of the Court's Order Granting Motion to Compel.

9     4.    Whereas, on November 15, 2016, Ms. Torno filed a Motion for Sanctions Against
10 Green Tree Servicing, LLC Pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) (the "Motion
11 for Sanctions"), contending that Green Tree had failed to comply with the Order Granting Motion to
12 Compel and claiming that Green Tree was obligated to produce the entirety of all 50 loan files. (*See*
13 ECF No. 78.) Green Tree maintains that it complied with the Order Granting Motion to Compel
14 because it provided sufficient documentation to allow Plaintiff to determine if there was a legitimate
15 basis for pursuing class certification.

16     5.    Whereas, on November 17, 2016, the Court granted the Parties' Stipulation and Order
17 extending the Defendants' deadline to file their response to Ms. Torno's Motion for Leave to File
18 Third Amended Complaint (ECF No. 74) (the "Motion for Leave") to November 21, 2016, and
19 extending Ms. Torno's deadline to file her reply in support of her Motion for Leave to December 9,
20 2016. (*See* ECF No. 79.)

21     6.    Whereas, on November 22, 2016, the Court granted the Parties' Stipulation and Order
22 extending the Defendants' deadline to file their response to the Motion for Leave to November 23,
23 2016, and extending Ms. Torno's deadline to file her reply in support of her Motion for Leave to
24 December 13, 2016. (*See* ECF No. 83.)

25     7.    Whereas, on December 1, 2016, the Court granted the Parties' Stipulation and Order
26 extending Green Tree's deadline to file its response to Ms. Torno's Motion for Sanctions Against
27 Green Tree Servicing, LLC Pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) (ECF No. 78)
28 (the "Motion for Sanctions") to December 15, 2016. (*See* ECF No. 88.)

8. Whereas, on December 8, 2016, the Parties filed a Stipulation and Order: (1) Extending Time for Plaintiff Crystal Torno to File Her Reply in Support of Her Motion for Leave to File Third Amended Complaint [ECF No. 74] (Third Request); and (2) Extending Time for Defendant Green Tree Servicing, LLC to File its Response to Plaintiff Crystal Torno's Motion for Sanctions Against Green Tree Servicing, LLC Pursuant to Federal Rule of Civil Procedure 37(B)(2)(A) [ECF No. 78] (Second Request). (*See* ECF No. 89.)

9. Whereas, a hearing on the Motion for Leave and the Motion for Sanctions is currently scheduled for January 10, 2017, at 10:30 a.m. (*See* ECF No. 79, at 3:6-9.)

10. Whereas, the Parties have completed briefing on Fannie Mae and Green Tree's Motion to Strike Class Allegations ("Motion to Strike"), which is now awaiting a ruling from the Court. (*See* ECF No. 70, 75, and 85.)

11. The Parties hereby stipulate and agree to resolve the Motion for Sanctions as follows:

(a) Within three (3) days of entry of the Stipulation and Order, Green Tree will provide the assignments from Green Tree to Fannie Mae identified through a reasonable review of the fifty (50) random loan files compelled by the Court. (*See* ECF No. 69). Counsel for Green Tree will provide a cover letter with the production representing that Green Tree conducted a reasonable review of the fifty (50) random loan files and providing a general description of that review process. This cover letter and production shall be deemed to satisfy Green Tree's obligations pursuant to the Court's Order granting Ms. Torno's Motion to Compel.

(b) Within ten (10) days of entry of the Stipulation and Order, Green Tree will pay Ms. Torno $750 in attorney's fees and costs.

(c) Ms. Torno's deadline to file a reply brief in support of her Motion for Leave (ECF No. 74) will be extended forty-five (45) days, from December 23, 2016 to February 6, 2017. The purpose of this extension is to enable Ms. Torno to review the documents being provided by Green Tree and analyze whether pursuit of class certification is appropriate in this matter.

1  (d) Additionally, the Court will hold in abeyance issuing any ruling on the Green
2  Tree's Motion to Strike until February 6, 2017.
3  (e) The hearing on the Motion for Leave will be extended to a date and time on or
4  after February 13, 2017 as determined by the Court.
5  (f) The Motion for Sanctions will be withdrawn and the hearing for the Motion
6  for Sanctions will be vacated.

7  DATED this 6th day of January, 201.    DATED this 6th day of January, 2017.

8  TIFFANY & BOSCO, P.A.    GREENBERG TRAURIG, LLP

9  By: /s/ Kevin S. Soderstrom    By: /s/ Michael Hogue
    GREGORY L. WILDE, ESQ.        MARK E. FERRARIO, ESQ.
10    KEVIN SODERSTROM, ESQ.,        JACOB D. BUNDICK, ESQ.
    MATTHEW D. DAYTON, ESQ.        MICHAEL HOGUE, ESQ.
11    212 South Jones Blvd.        JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)
    Las Vegas, NV 89107        3773 Howard Hughes Parkway
12    Phone: (702) 258-8200        Suite 400 North
    Facsimile: (702) 258-8787        Las Vegas, NV 89169
13    efilenv@tblaw.com        Phone: (702) 792-3773
    kss@tblaw.com        Facsimile: (702) 792-9002
14    md@tblaw.com        ferrariom@gtlaw.com
*Attorneys for Defendant National Default*        bundickj@gtlaw.com
15 *Servicing Corporation*        grayjen@gtlaw.com
    *Attorneys for Defendants Green Tree Servicing,*
16    *LLC and Federal National Mortgage*
    *Association*
17

18 DATED this 6th day of January, 2017.

19 BAILEY❖KENNEDY

20 By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
21    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
22    AMANDA L. STEVENS

23    GEORGE H. HAINES
    DAVID H. KRIEGER
24    HAINES & KRIEGER
    8985 South Eastern Avenue, Suite 130
25    Las Vegas, Nevada 89123
    Phone: (702) 880-5554
26    Fax: (702) 385-5518
    GHaines@hainesandkrieger.com
27    DKrieger@hainesandkrieger.com
*Attorneys for Plaintiff Crystal Torno*
28

**ORDER**

IT IS SO ORDERED:

1. Within three (3) days of entry of the Stipulation and Order, Green Tree will provide the assignments from Green Tree to Fannie Mae identified through a reasonable review of the fifty (50) random loan files compelled by the Court.  (*See* ECF No. 69).  Counsel for Green Tree will provide a cover letter with the production representing that Green Tree conducted a reasonable review of the fifty (50) random loan files and providing a general description of that review process.  This cover letter and production shall be deemed to satisfy Green Tree's obligations pursuant to the Court's Order granting Ms. Torno's Motion to Compel.

2. Within ten (10) days of entry of the Stipulation and Order, Green Tree will pay Ms. Torno seven hundred fifty dollars ($750) in attorney's fees and costs.

3. The Motion for Sanctions (ECF No. 78) is hereby WITHDRAWN.

4. The hearing for the Motion for Sanctions is hereby VACATED.

5. Ms. Torno's deadline to file a reply brief in support of her Motion for Leave (ECF No. 74) is extended forty-five (45) days, from December 23, 2016 to February 6, 2017.

6. The Court will STAY issuing any ruling on the Green Tree's Motion to Strike until February 6, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. The hearing on the Motion for Leave (ECF No. 74) is RESET from January 10, 2017, at 10:30 a.m., to February 14, 2017, at 10:00 a.m.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2017

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    AMANDA L. STEVENS

    HAINES & KRIEGER
    GEORGE H. HAINES
    DAVID H. KRIEGER
*Attorneys for Plaintiff Crystal Torno*