MARK E. FERRARIO (Bar No. 1625)
ferrariom@gtlaw.com
JACOB D. BUNDICK (Bar No. 9772)
bundickj@gtlaw.com
JENNIFER L. GRAY (*Admitted Pro Hac Vice*)
grayjen@gtlaw.com
MICHAEL R. HOGUE (Bar No. 12400)
hoguem@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Attorneys for Defendants Green Tree Servicing, LLC and Fannie Mae*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual, <br><br> Plaintiff, <br><br> v. <br><br> GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01018-APG-PAL <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFF CRYSTAL TORNO'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL AND TO RESPOND TO THIRD AMENDED COMPLAINT** |
| CRYSTAL TORNO (a.k.a. Crystal Thomas-Bolduc), an individual, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL DEFAULT SERVICING CORPORATION, a Nevada Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION (a/k/a Fannie Mae), a United States Government-Sponsored Enterprise, <br><br> Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Crystal Torno (a.k.a. Crystal Thomas-Bolduc) ("Plaintiff"), through her attorneys, Bailey Kennedy, Defendants Green Tree Servicing, LLC ("Green Tree) and Federal National Mortgage Association (a/k/a Fannie Mae) ("Fannie Mae), through their attorneys, Greenberg Traurig, LLP, and Defendant National Default Servicing Corporation ("NDSC" and, collectively with Green Tree and Fannie Mae, "Defendants"), by and through its attorneys, Tiffany & Bosco, P.A., that Defendants shall have up to and including Wednesday, April 5, 2017 to file any Opposition to Plaintiff Crystal Torno's Motion for Class Certification and Appointment of Class Counsel ("Motion"). Additionally, Plaintiff's deadline to file her Reply in support of her Motion for Class Certification and Appointment of Class Counsel shall be extended to Friday, April 21, 2017.

IT IS FURTHER STIPULATED AND AGREED that Defendants shall have up to and including Wednesday, April 5, 2017 to respond to Plaintiff's Third Amended Complaint.

Dated this 9th day of March, 2017.

| GREENBERG TRAURIG | BAILEY KENNEDY |
|---|---|
| /s/Jacob D. Bundick | /s/Paul C. Williams |
| MARK E. FERRARIO, ESQ.<br>JACOB D. BUNDICK, ESQ.<br>JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)<br>MICHAEL R. HOGUE, ESQ.<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>ferrariom@gtlaw.com<br>bundickj@gtlaw.com<br>grayjen@gtlaw.com<br>hoguem@gtlaw.com<br>*Attorneys for Defendants Green Tree Servicing, LLC and Fannie Mae* | DENNIS L. KENNEDY, ESQ.<br>JOSHUA M. DICKEY, ESQ.<br>PAUL C. WILLIAMS, ESQ.<br>8984 Spanish Ridge A venue<br>Las Vegas, Nevada 89148-1302<br>Telephone Number: (702) 562-8820<br>Fax Number: (702) 562-8821<br>DKennedy@BaileyKennedy.com<br>JDickey@BaileyKennedy.com<br>PWilliams@BaileyKennedy.com<br><br>GEORGE H. HAINES, ESQ.<br>DAVID H. KRIEGER, ESQ.<br>HAINES &KRIEGER<br>8985 South Eastern Avenue, Suite 130<br>Las Vegas, Nevada 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>GHaines@hainesandkrieger.com<br>DKrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  TIFFANY & BOSCO, P.A.

2

3  */s/Kevin Soderstrom*
GREGORY L. WILDE, ESQ.
KEVIN SODERSTROM, ESQ.
4  MATTHEW D. DAYTON, ESQ.
212 South Jones Blvd.
5  Las Vegas, Nevada 89107
Telephone Number: (702) 258-8200
6  Fax Number: (702) 258-8787
efilenv@tblaw.com
7  kss@tblaw.com
md@tblaw.com
8  *Attorneys for Defendant National Default Servicing Corporation*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# **O R D E R**

IT IS HEREBY ORDERED that Defendants shall have up to and including Wednesday, April 5, 2017 to file any Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Counsel. Additionally, Plaintiff's deadline to file her Reply to her Motion for Class Certification and Appointment of Class Counsel shall be extended to Friday, April 21, 2017. Additionally, Defendants shall have up to and including Wednesday, April 5, 2017 to file any response to Plaintiff's Third Amended Complaint.

Dated: March 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GREENBERG TRAURIG

*/s/Michael R. Hogue*
MARK E. FERRARIO (Bar No. 1625)
JACOB D. BUNDICK (Bar No. 9772)
JENNIFER L. GRAY (*Admitted Pro Hace Vice*)
MICHAEL R. HOGUE (Bar No. 12400)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Counsel for Defendants Green Tree Servicing, LLC and Fannie Mae

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002