1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSHUA M. DICKEY
   Nevada Bar No. 6621
3  PAUL C. WILLIAMS
   Nevada Bar No. 12524
4  AMANDA L. STEVENS
   Nevada Bar No. 13966
5  **BAILEY✥KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
7  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
8  JDickey@BaileyKennedy.com
   PWilliams@BaileyKennedy.com
9  AStevens@BaileyKennedy.com

10 [Additional Attorneys on Signature Page]

11 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE:**<br><br>**(1) REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [ECF NO. 98] (FOURTH REQUEST); AND**<br><br>**(2) RESPONSE TO NATIONAL DEFAULT SERVICING CORPORATION'S MOTION TO DISMISS [ECF NO. 105] (FIRST REQUEST).** |

IT IS HEREBY STIPULATED AND AGREED by and among, Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree"), Defendant Federal National Mortgage Association ("Fannie Mae"), and Defendant National Default Servicing Corporation ("National Default") (collectively, the "Parties"), through their counsel, as follows:

1. On February 28, 2017, Ms. Torno filed her Motion for Class Certification and Appointment of Class Counsel (ECF No. 98) (the "Motion for Class Certification").

2. On March 9, 2017, the Court granted the Parties' Stipulation and Order extending the Defendants' deadline to file their response to the "Motion for Class Certification to April 5, 2017, and extending Ms. Torno's deadline to file her reply in support of the Motion for Class Certification until April 21, 2017. (*See* ECF No. 100.)

3. On April 5, 2017, the Court granted the Parties' Stipulation and Order extending the Defendants' deadline to file their response to the Motion for Class Certification to April 19, 2017, and extending Ms. Torno's deadline to file her reply in support of the Motion for Class Certification until May 5, 2017. (*See* ECF No. 102.)

4. On April 19, 2017, the Court granted the Parties' Stipulation and Order extending the Defendants' deadline to file their response to the Motion for Class Certification to April 26, 2017, and extending Ms. Torno's deadline to file her reply in support of the Motion for Class Certification until May 12, 2017. (*See* ECF No. 104.)

5. On April 26, 2017, Defendant National Default filed their Motion to Dismiss Third Amended Complaint (ECF No. 105) (the "National Default Motion to Dismiss").

6. On April 27, 2017, Defendants Green Tree and Fannie Mae filed their Opposition to the Motion for Class Certification. (*See* ECF No. 107.)

7. On April 28, 2017, Defendant National Default Servicing Corporation filed its Joinder to Defendants Green Tree and Fannie Mae's Opposition to the Motion for Class Certification. (*See* ECF No. 108.)

8. The Parties agree to extend the time allowed for Ms. Torno to file her reply in support of the Motion for Class Certification (ECF No. 98) from May 12, 2017 to May 26, 2017.

9. The Parties agree to extend the time allowed for Ms. Torno to file her response to National Default's Motion to Dismiss, from May 10, 2017 to May 26, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

10. The reason for this request is to accommodate the schedule of Ms. Torno's counsel.

| | |
|---|---|
| DATED this 5th day of May, 2017. | DATED this 5th day of May, 2017. |
| TIFFANY & BOSCO, P.A. | GREENBERG TRAURIG, LLP |
| By: /s/ Kevin S. Soderstrom<br>GREGORY L. WILDE, ESQ.<br>KEVIN SODERSTROM, ESQ.,<br>MATTHEW D. DAYTON, ESQ.<br>212 South Jones Blvd.<br>Las Vegas, NV 89107<br>Phone: (702) 258-8200<br>Facsimile: (702) 258-8787<br>efilenv@tblaw.com<br>kss@tblaw.com<br>md@tblaw.com<br>*Attorneys for Defendant National Default Servicing Corporation* | By: /s/ Michael Hogue<br>MARK E. FERRARIO, ESQ.<br>JACOB D. BUNDICK, ESQ.<br>MICHAEL HOGUE, ESQ.<br>JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Phone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>ferrariom@gtlaw.com<br>bundickj@gtlaw.com<br>grayjen@gtlaw.com<br>*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association* |

DATED this 5th day of May, 2017.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    AMANDA L. STEVENS

    GEORGE H. HAINES
    DAVID H. KRIEGER
    HAINES & KRIEGER
    8985 South Eastern Avenue, Suite 130
    Las Vegas, Nevada 89123
    Phone: (702) 880-5554
    Fax: (702) 385-5518
    GHaines@hainesandkrieger.com
    DKrieger@hainesandkrieger.com
*Attorneys for Plaintiff Crystal Torno*

## **ORDER**

IT IS SO ORDERED:

The deadline for Ms. Torno to file her reply in support of the Motion for Class Certification (ECF No. 98) is hereby extended from May 12, 2017 to May 26, 2017. The deadline for Ms. Torno to file her response to the National Default Motion to Dismiss (ECF No. 105) is hereby extended from May 10, 2017 to May 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/8/2017

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
   DENNIS L. KENNEDY
   JOSHUA M. DICKEY
   PAUL C. WILLIAMS
   AMANDA L. STEVENS

   HAINES & KRIEGER
   GEORGE H. HAINES
   DAVID H. KRIEGER
*Attorneys for Plaintiff Crystal Torno*