1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSHUA M. DICKEY
   Nevada Bar No. 6621
3  PAUL C. WILLIAMS
   Nevada Bar No. 12524
4  AMANDA L. STEVENS
   Nevada Bar No. 13966
5  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
7  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
8  JDickey@BaileyKennedy.com
   PWilliams@BaileyKennedy.com
9  AStevens@BaileyKennedy.com

10 [Additional Attorneys on Signature Page]

11 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE:**<br><br>**(1) REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [ECF NO. 98] (FIFTH REQUEST); AND**<br><br>**(2) RESPONSE TO NATIONAL DEFAULT SERVICING CORPORATION'S MOTION TO DISMISS [ECF NO. 105] (SECOND REQUEST).** |

IT IS HEREBY STIPULATED AND AGREED by and among, Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree"), Defendant Federal National Mortgage Association ("Fannie Mae"), and Defendant National Default Servicing Corporation ("National Default") (collectively, the "Parties"), through their counsel, as follows:

1. On February 28, 2017, Ms. Torno filed her Motion for Class Certification and Appointment of Class Counsel (ECF No. 98) (the "Motion for Class Certification").

2. On March 9, 2017, the Court granted the Parties' Stipulation and Order extending the Defendants' deadline to file their response to the Motion for Class Certification to April 5, 2017, and extending Ms. Torno's deadline to file her reply in support of the Motion for Class Certification until April 21, 2017. (*See* ECF No. 100.)

3. On April 5, 2017, the Court granted the Parties' Stipulation and Order extending the Defendants' deadline to file their response to the Motion for Class Certification to April 19, 2017, and extending Ms. Torno's deadline to file her reply in support of the Motion for Class Certification until May 5, 2017. (*See* ECF No. 102.)

4. On April 19, 2017, the Court granted the Parties' Stipulation and Order extending the Defendants' deadline to file their response to the Motion for Class Certification to April 26, 2017, and extending Ms. Torno's deadline to file her reply in support of the Motion for Class Certification until May 12, 2017. (*See* ECF No. 104.)

5. On April 26, 2017, Defendant National Default filed their Motion to Dismiss Third Amended Complaint (ECF No. 105) (the "National Default Motion to Dismiss").

6. On April 27, 2017, Defendants Green Tree and Fannie Mae filed their Opposition to the Motion for Class Certification. (*See* ECF No. 107.)

7. On April 28, 2017, Defendant National Default Servicing Corporation filed its Joinder to Defendants Green Tree and Fannie Mae's Opposition to the Motion for Class Certification. (*See* ECF No. 108.)

8. On May 8, 2017, the Court granted the Parties' Stipulation and Order extending the Plaintiff's deadline to file her reply in support of the Motion for Class Certification and response to National Default's Motion to Dismiss to May 26, 2017. (*See* ECF No. 110.)

9. The Parties agree to extend the time allowed for Ms. Torno to file her reply in support of the Motion for Class Certification (ECF No. 98) from May 26, 2017 to June 9, 2017.

10. The Parties agree to extend the time allowed for Ms. Torno to file her response to National Default's Motion to Dismiss (ECF No. 105), from May 26, 2017 to June 9, 2017.

///

///

11. The reason for this request is to accommodate the schedule of Ms. Torno's counsel.

DATED this 22nd day of May, 2017.

TIFFANY & BOSCO, P.A.

By: /s/ Kevin Soderstrom
GREGORY L. WILDE, ESQ.
KEVIN SODERSTROM, ESQ.,
MATTHEW D. DAYTON, ESQ.
212 South Jones Blvd.
Las Vegas, NV 89107
Phone: (702) 258-8200
Facsimile: (702) 258-8787
efilenv@tblaw.com
kss@tblaw.com
md@tblaw.com
*Attorneys for Defendant National Default Servicing Corporation*

DATED this 22nd day of May, 2017.

GREENBERG TRAURIG, LLP

By: /s/ Jacob D. Bundick
MARK E. FERRARIO, ESQ.
JACOB D. BUNDICK, ESQ.
MICHAEL HOGUE, ESQ.
JENNIFER L. GRAY, ESQ. (*Admitted Pro Hac Vice*)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Phone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com
bundickj@gtlaw.com
grayjen@gtlaw.com
*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association*

DATED this 22nd day of May, 2017.

BAILEY✦KENNEDY

By: /s/ Amanda L. Stevens
DENNIS L. KENNEDY
JOSHUA M. DICKEY
PAUL C. WILLIAMS
AMANDA L. STEVENS

GEORGE H. HAINES
DAVID H. KRIEGER
HAINES & KRIEGER
8985 South Eastern Avenue, Suite 130
Las Vegas, Nevada 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
GHaines@hainesandkrieger.com
DKrieger@hainesandkrieger.com
*Attorneys for Plaintiff Crystal Torno*

# **ORDER**

IT IS SO ORDERED:

The deadline for Ms. Torno to file her reply in support of the Motion for Class Certification (ECF No. 98) is hereby extended from May 26, 2017 to June 9, 2017. The deadline for Ms. Torno to file her response to the National Default Motion to Dismiss (ECF No. 105) is hereby extended from May 26, 2017 to June 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/23/2017

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Amanda L. Stevens
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    AMANDA L. STEVENS

    HAINES & KRIEGER
    GEORGE H. HAINES
    DAVID H. KRIEGER
*Attorneys for Plaintiff Crystal Torno*