MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
JENNIFER L. GRAY, ESQ.
*Admitted Pro Hac Vice*
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
        bundickj@gtlaw.com
        grayjen@gtlaw.com
        hoguem@gtlaw.com
*Counsel for Defendants Green Tree
Servicing, LLC and Fannie Mae*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE** |

/ / /

/ / /

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, Plaintiff, Crystal Torno, and Defendants, Green Tree Servicing, LLC, Fannie Mae, and National Default Servicing Corporation, by and through their respective undersigned counsel of record, that it is counsels' understanding based at the hearing on Plaintiff's Motion to Compel Discovery Responses that no discovery deadlines are currently in place in this matter and that the Magistrate Judge Leen will address discovery deadlines after a decision on the pending Motion for Class Certification is entered.

DATED this 13th day of June, 2017.

**GREENBERG TRAURIG, LLP**

/s/ Jacob D. Bundick, Esq.
MARK E. FERRARIO (NBN: 1625)
JACOB D. BUNDICK (NBN: 9772)
JENNIFER L. GRAY (*Admitted Pro Hac Vice*)
MICHAEL HOGUE (NBN: 12400)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169
*Counsel for Defendants Green Tree Servicing, LLC and Fannie Mae*

DATED this 13th day of June, 2017.

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom, Esq.
GREGORY L. WILDE (NBN: 4417)
KEVIN S. SODERSTROM (NBN: 10235)
MATTHEW D. DAYTON (NBN: 11552)
212 S. Jones Boulevard
Las Vegas, NV 89107
*Counsel for Defendant National Default Servicing Corporation*

DATED this 13th day of June, 2017.

**BAILEY KENNEDY**

/s/ Paul C. Williams, Esq.
DENNIS L. KENNEDY (NBN: 1462)
JOSHUA M. DICKEY (NBN: 6621)
PAUL C. WILLIAMS (NBN: 12524)
AMANDA L. STEVENS (NBN: 13966)
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

DAVID H. KRIEGER (NBN: 9086)
**HAINES & KRIEGER**
8985 S. Eastern Avenue, Suite 130
Las Vegas, NV 89123
*Counsel for Plaintiff Crystal Torno*

**IT IS SO ORDERED** this 13th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

2