# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRYSTAL TORNO, | Case No. 2:15-cv-01018-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING AS MOOT MOTION TO STRIKE CLASS ALLEGATIONS** |
| GREEN TREE SERVICING, LLC, *et al.*, | |
| Defendants. | (ECF No. 70) |

Defendants Green Tree Servicing, LLC and Fannie Mae filed a motion to strike the class allegations in the complaint. ECF No. 70. Defendant National Default Servicing Corporation filed a joinder. ECF No. 71. However, that motion was directed at a version of the complaint that is no longer the operative complaint. I therefore deny it. The defendants' arguments about the class allegations in the operative Third Amended Complaint are set forth in their opposition to plaintiff Crystal Torno's motion for class certification. Consequently, I will address those arguments when I rule on Torno's motion.

IT IS THEREFORE ORDERED that the defendants' motion to strike **(ECF No. 70) is DENIED as moot**.

DATED this 27th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE