LEONCIO A. GIL, III
Nevada Bar No. 13129
**CRADDOCK DAVIS & KRAUSE LLP**
3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
214-750-3550
214-750-3551 (Fax)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CRYSTAL TORNO (A.K.A. CRYSTAL A. THOMAS-BOLDUC), an individual,  *Plaintiff,* vs.  GREEN TREE SERVICING, LLC, et al.  *Defendants.* | § § § § § § § § § | Case No. 2:15-cv-01018-APG-PAL |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Leoncio A. Gil, III, previously of Bailey Kennedy, LLP, hereby moves this Court for leave to withdraw as counsel for Plaintiff and would show the Honorable Court the following:

1. The undersigned counsel is no longer employed as an associate at Bailey Kennedy, LLP.

2. Dennis L. Kennedy and Paul C. Williams of Bailey Kennedy, LLP will continue to serve as counsel of record for Plaintiff.

For the foregoing reasons, and for good cause shown, Leoncio A. Gil, III respectfully requests that the Court grant his request for leave to withdraw as counsel for Plaintiff.

**IT IS SO ORDERED** this 9th day of August, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

Respectfully submitted,

_/s/ Leoncio A. Gil, III_
Leoncio A. Gil, III
Nevada Bar No. 13129

**CRADDOCK DAVIS & KRAUSE LLP**
3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
214-750-3550
214-750-3551 (Fax)
lgil@cdklawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                */s/ Leoncio A. Gil, III*
                Leoncio A. Gil, III