UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRYSTAL TORNO,<br><br>　　　　　　Plaintiff,<br>v.<br>GREEN TREE SERVICING, LLC, et al.<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**ORDER**<br><br>(Subst. Atty. – ECF Nos. 125) |

This matter is before the court on the Substitution of Attorney (ECF No. 125). Amy F. Sorenson, Robin E. Perkins and V.R. Bohman of Snell & Wilmer, LLP seek leave to be substituted in the place and stead of Jacob Bundick, Jennifer Gray, Leslie Godfrey, Tami Cowden, Michael Hogue and Mark Ferrario of Greenberg Traurig, LLP for defendants Green Tree Servicing, LLP and Federal National Mortgage Association. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(c) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. The Substitution of Attorney (ECF No. 125) is **GRANTED**.
2. Amy F. Sorenson, Robin E. Perkins and V.R. Bohman of Snell & Wilmer, LLP are substituted in the place of Jacob Bundick, Jennifer Gray, Leslie Godfrey, Tami Cowden, Michael Hogue and Mark Ferrario of Greenberg Traurig, LLP, for defendants

/ / /

/ / /

Green Tree Servicing, LLP and Federal National Mortgage Association, LLC subject to the provisions of LR IA 10-6(c) and (d).

Dated this 11th day of September, 2017.

                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE