Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
rperkins@swlaw.com
vbohman@swlaw.com
*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (A.K.A. CRYSTAL A. THOMAS-BOLDUC), individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government-Sponsored Enterprise,<br><br>Defendants. | Case No.: 2:15-cv-01018-APG-PAL<br><br>**ERRATA TO STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES [ECF No. 129]**<br><br>**(First Request)** |

Plaintiff Crystal Torno and Defendants Green Tree Servicing, LLC and Federal National Mortgage Association (collectively the "Parties"), by and through their respective counsel of record, hereby submit this Errata to the Stipulation and Order to Extend Discovery Deadlines filed on December 11, 2017 [ECF No. 129] to include an extension to file dispositive motions.

The Parties inadvertently failed to expressly request an extension of the dispostivie motion deadline, along with the thirty day discovery extension request. The current dispositive motion

deadline is Wednesday February 21, 2018. Accordingly, the Parties request this also be extended thirty days until Wednesday March 21, 2018.

**IT IS SO STIPULATED.**

December 12, 2017.

| SNELL & WILMER L.L.P. | BAILEY KENNEDY |
|---|---|
| By: /s/ Robin E. Perkins<br>Amy F. Sorenson, Esq.<br>Robin E Perkins, Esq.<br>V.R. Bonham, Esq.<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br><br>Attorneys for Defendants<br>*Green Tree Servicing, LLC, and Federal National Mortgage Association* | By: /s/ Paul C. Williams<br>Paul C. Williams, Esq.<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br><br>Attorneys for Plaintiff<br>*Crystal Torno* |

2:15-cv-01018-APG-PAL

**ORDER**

IT IS SO ORDERED, pursuant to the Parties' Stipulation and Order to Extend Discovery Deadline (First Request), the close of discovery is extended to Thursday February 22, 2018.

IT IS FURTHER ORDERED that the deadline to file dispositive motions is extended to Wednesday March 21, 2018.

DATED: December 15, 2017

_____
UNITED STATES MAGISTRATE JUDGE

4851-1960-2264