DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff Crystal Torno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (a.k.a. CRYSTAL A. THOMAS-BOLDUC), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC; NATIONAL DEFAULT SERVICING CORPORATION; and PREMIER AMERICAN TITLE AGENCY, INC., FANNIE MAE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01018-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF CRYSTAL TORNO TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO RULE 54**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, LR 54-1(a), LR 54-14, and Federal Rule of Civil Procedure 54, Plaintiff Crystal Torno ("Ms. Torno"), Defendant Green Tree Servicing, LLC ("Green Tree") and Defendant Federal National Mortgage Association ("Fannie Mae") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On December 27, 2017, the Court Clerk entered judgment in favor of Ms. Torno based on her acceptance of an offer of judgment served by Green Tree and Fannie Mae. (ECF No. 134.)

2. Pursuant Federal Rule of Civil Procedure 54(d), LR 54-1(a), and LR 54-14, Ms. Torno calculates her deadline to file (i) a Motion for Attorney's Fees and (ii) a Bill of Costs and Disbursements as January 10, 2018.

3. The Parties have engaged in, and continue to engage in, advanced settlement negotiations to resolve this action and a state court action involving Ms. Torno and Fannie Mae.

4. The Parties hereby stipulate to extend the time allowed for Ms. Torno to file a Motion for Attorney's Fees and a Bill of Costs and Disbursements from January 10, 2018 to February 9, 2018.

5. Green Tree and Fannie Mae object to and dispute the merits of any such motion and Plaintiff's ability to seek attorneys' fees and costs. Green Tree and Fannie Mae reserve the right to object, and will object, to any motion for fees and costs that may be filed. Green Tree and Fannie Mae's stipulation is expressly limited to Plaintiff's request to extend the deadline to file any such motion.

6. The reason for this request is to accommodate the schedules of Ms. Torno's counsel and to enable the Parties to continue to engage in settlement negotiations in an effort to resolve this matter, preserving judicial resources and avoiding unnecessary litigation expenses.

DATED this 10th day of January, 2018.

| | |
|---|---|
| BAILEY❖KENNEDY | SNELL & WILMER, L.L.P. |
| By: /s/ Paul C. Williams<br>DENNIS L. KENNEDY<br>JOSHUA M. DICKEY<br>PAUL C. WILLIAMS<br><br>GEORGE H. HAINES<br>DAVID H. KRIEGER<br>HAINES & KRIEGER<br>8985 South Eastern Avenue, Suite 130<br>Las Vegas, Nevada 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>GHaines@hainesandkrieger.com<br>DKrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff Crystal Torno* | By: /s/ Robin E. Perkins<br>AMY F. SORENSON, ESQ. (Bar No. 12495)<br>ROBIN E. PERKINS, ESQ. (Bar No. 9891)<br>V.R. BOHMAN, ESQ. (Bar No. 13075)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Phone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>asorenson@swlaw.com<br>rperkins@swlaw.com<br>vbohman@swlaw.com<br>*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association* |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**ORDER**

IT IS SO ORDERED:

The deadline for Ms. Torno to file (i) a Motion for Attorney's Fees and (ii) a Bill of Costs and Disbursements is extended from January 10, 2018 to February 9, 2018

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/10/2018

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS

    HAINES & KRIEGER
    GEORGE H. HAINES
    DAVID H. KRIEGER

*Attorneys for Plaintiffs Crystal Torno*