Amy F. Sorenson (NV Bar No. 12495)
Robin E. Perkins (NV Bar No. 9891)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
       rperkins@swlaw.com
       vbohman@swlaw.com
*Attorneys for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (A.K.A. CRYSTAL A. THOMAS-BOLDUC), individually and behalf of all others similarly situated,<br><br>            Plaintiff,<br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government-Sponsored Enterprise,<br><br>            Defendants. | Case No.: 2:15-cv-01018-APG-PAL<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN CRYSTAL TORNO AND GREEN TREE SERVICING, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government-Sponsored Enterprise,<br><br>            Counterclaimant,<br>vs.<br><br>CRYSTAL TORNO (A.K.A. CRYSTAL A. THOMAS-BOLDUC),<br><br>            Counterdefendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  Plaintiff and Counterdefendant Crystal Torno ("Plaintiff"), Defendant Green Tree Servicing, LLC, and Defendant and Counterclaimant Federal National Mortgage Association (together with Green Tree Servicing, LLC, "Defendants") have reached an agreement in principle to resolve all claims in the above-captioned matter. Therefore, Plaintiff and Defendants request that the Court vacate all pending deadlines and filing requirements in this matter. Further, the parties anticipate filing documents dismissing this matter within thirty (30) days.

Accordingly, the parties request that the Court set a deadline thirty (30) days from today for either: 1) filing a stipulation dismissing this action with prejudice; or 2) filing a joint status report regarding settlement.

| | |
|---|---|
| DATED 7th day of February, 2018. | DATED 7th day of February, 2018. |
| SNELL & WILMER L.L.P. | BAILEY KENNEDY |
| By: */s/ Robin E. Perkins*<br>Amy F. Sorenson<br>Nevada Bar No. 12495<br>Robin E. Perkins<br>Nevada Bar No. 9891<br>V.R. Bohman<br>Nevada Bar No. 13075<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Green Tree Servicing, LLC and Federal National Mortgage Association* | By: */s/ Paul C. Williams*<br>Dennis L. Kennedy<br>Nevada Bar No. 1462<br>Joshua M. Dickey<br>Nevada Bar No. 6621<br>Paul C. Williams<br>Nevada Bar No. 12524<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>*Attorneys for Crystal Torno* |

**ORDER**

IT IS SO ORDERED.

DATED: February 9, 2018

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, I electronically transmitted the foregoing **JOINT NOTICE OF SETTLEMENT BETWEEN CRYSTAL TORNO AND GREEN TREE SERVICING, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED February 7, 2018

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4813-1136-8539