1  Amy F. Sorenson (NV Bar No. 12495)
   Robin E. Perkins (NV Bar No. 9891)
2  V.R. Bohman (NV Bar No. 13075)
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
4  Telephone: (702) 784-5200
   Facsimile:  (702) 784-5252
5  Email: asorenson@swlaw.com
          rperkins@swlaw.com
6         vbohman@swlaw.com
   *Attorneys for Defendants Green Tree*
7  *Servicing, LLC and Federal National*
   *Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL TORNO (A.K.A. CRYSTAL A. THOMAS-BOLDUC), individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, a Delaware limited liability company; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government-Sponsored Enterprise,<br><br>Defendants. | Case No.: 2:15-cv-01018-APG-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government-Sponsored Enterprise,<br><br>Counterclaimant,<br><br>vs.<br><br>CRYSTAL TORNO (A.K.A. CRYSTAL A. THOMAS-BOLDUC),<br><br>Counterdefendant. | |

Plaintiff and Counterdefendant Crystal Torno ("Plaintiff"), Defendant Green Tree Servicing, LLC, and Defendant and Counterclaimant Federal National Mortgage Association (together with Green Tree Servicing, LLC, "Defendants"), by and through their undersigned counsel, submit this Joint Status Report as required by the Court's February 9, 2018 Order [Doc. No. 140]. The parties have finalized all terms of the settlement agreement, and are in the process of obtaining all necessary signatures and notary verifications. The parties request an additional thirty (30) days for either: 1) filing a stipulation dismissing this action with prejudice; or 2) filing a joint status report regarding settlement.

DATED: March 9, 2018

| | |
|---|---|
| SNELL & WILMER L.L.P. | BAILEY KENNEDY |
| By: */s/ Robin E. Perkins*<br>Amy F. Sorenson, Esq.<br>Robin E Perkins, Esq.<br>V.R. Bohman, Esq.<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br><br>Attorneys for Defendants<br>*Green Tree Servicing, LLC, and Federal National Mortgage Association* | By: */s/ Paul C. Williams*<br>Paul C. Williams, Esq.<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br><br>Attorneys for Plaintiff<br>*Crystal Torno* |

**ORDER**

IT IS SO ORDERED.

DATED: March 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I electronically transmitted the foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED March 9, 2018

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4827-5155-0815